# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
RQ Construction, LLC ) ASBCA Nos. 60747, 60748, 60749
) 60750, 60751, 60752
) 61056, 61057, 61058
) 61059, 61060
)
Under Contract No. W91238-11-C-0005 )

APPEARANCES FOR THE APPELLANT: Jeffrey B. Baird, Esq.
Daniel P. Scholz, Esq.
Finch, Thornton & Baird, LLP
San Diego, CA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
A.L. Faustino, Esq.
Robert W. Scharf, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Sacramento

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 22 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60747, 60748, 60749, 60750, 60751, 60752, 61056, 61057, 61058, 61059, 61060, Appeals of RQ Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals